JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES PEQUENO, ET AL,<br><br>Plaintiff(s),<br><br>v<br><br>ORANGE UNIFIED SCHOOL DISTRICT,<br><br>Defendant(s) | CASE NO. SA CV 14-1521-DOC (JCGx)<br><br>**ORDER DISMISSING CIVIL CASE** |

The Court having been notified by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice with the right, upon showing of good cause by **May 4, 2015**, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Dated: April 7, 2015